UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. FAIR, Jr., | No. 2:20-cv-1107 JAM DB P |
| Petitioner, | |
| v. | FINDINGS & RECOMMENDATIONS |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner at Salinas Valley State Prison, previously filed a document styled "Motion for Extension of Time," seeking an extension of time to file a writ of habeas corpus. No other pleadings had been filed by the petitioner. Petitioner was then directed to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice within thirty days. The thirty-day period has now expired, and petitioner has not responded to the Court order.

Accordingly, IT IS HEREBY RECOMMENDED that this case be closed.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections

1 within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772

2 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

3 Dated:  November 30, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7
DB/Inbox/Routine/fair1107.nopetition2