UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. FAIR, JR., | No. 2:20-cv-1107 JAM DB P |
| Petitioner, | |
| v. | ORDER |
| MATTHEW ATCHLEY, Warden, | |
| Respondent. | |

Petitioner requested an extension of time to file a response to respondent's May 19, 2021 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED:

1. Petitioner's request for an extension of time (ECF No. 19) is granted; and

2. Petitioner shall have up to and including October 5, 2021 in which to file a response.

Dated: August 11, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
fair1107.111