UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. FAIR, JR., | No. 2:20-cv-1107 JAM DB P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| MATTHEW ATCHLEY, Warden, | |
| Respondent. | |

Petitioner is a state prisoner challenging his California conviction through a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 5, 2021, the court stayed this action to allow petitioner an opportunity to return to state court to exhaust his judicial remedies concerning two of the three claims presented for relief. (ECF No. 22.) By order of the same date, the court ordered petitioner to file an initial status report within 60 days, and to file subsequent status reports every 90 days thereafter, detailing his progress in exhausting his claims. (Id.)

To date, petitioner has not filed any status reports. Therefore, the court will order petitioner to show cause why the stay of this case should not be lifted. Petitioner shall demonstrate what steps he has taken to exhaust his state court remedies since November 5, 2021. Petitioner shall include a copy of any decision issued by a California state court concerning his two unexhausted claims for relief during the time this action has been stayed.

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner must show cause within 30 days
2 from the date of this order why the stay of this case should not be lifted due to the lack of status
3 reports regarding petitioner's exhaustion of state court remedies.
4 Dated:  June 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
fair1107.osc