1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH D. FAIR, JR,                        No.  2:20-cv-01107-TLN-DB

12                  Petitioner,

13          v.                                    **ORDER**

14    MATTHEW ATCHLEY, Warden,

15                  Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 14, 2023, the magistrate judge filed findings and recommendations herein which

21    were served on Petitioner, and which contained notice to Petitioner that any objections to the

22    findings and recommendations were to be filed within thirty days.  Petitioner has not filed

23    objections to the findings and recommendations.

24          The Court reviewed the file and finds the findings and recommendations to be supported

25    by the record and by the magistrate judge's analysis.

26    ///

27    ///

28    ///

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 14, 2023 (ECF No. 32) are ADOPTED IN FULL.

2.  The petition for a writ of habeas corpus (ECF No. 15) is DENIED.

3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4.   The Clerk of Court is directed to close this case.

DATE:  September 1, 2023

Troy L. Nunley
United States District Judge

2